FILED
JUL 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Ruben LOPEZ-Solorio ) <br> ) <br> Defendant. ) | Mag. Case No. **'08 MJ 8625** <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, U.S.C., Section 1326 <br> Deported Alien Found in the United States |

The undersigned complainant being duly sworn states:

On or about July 9, 2008, within the Southern District of California, defendant Ruben LOPEZ-Solorio, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 10th DAY OF JULY 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

(1)

UNITED STATES OF AMERICA
v.
Ruben LOPEZ-Solorio

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent (BPA) Gutierrez that Ruben Ruben LOPEZ-Solorio (LOPEZ) was found and arrested on July 9, 2008 east of Calexico, California.

On July 9, 2008, at approximately 6:35 A.M. Remote Video Surveillance System (RVSS) Operators observed a group of eight individuals in a raft crossing the All-American Canal approximately 12 miles east of Calexico, California. BPA Gutierrez responded to the area and saw the group attempting to conceal themselves. BPA Gutierrez identified himself as a United States Border Patrol Agent and began conducting an immigration interview. BPA Gutierrez determined everyone in the group including Ruben LOPEZ-Solorio were citizens and nationals of Mexico illegally in the United States. LOPEZ and the others in the group were placed under arrest.

Record checks revealed that an Immigration Judge ordered LOPEZ deported to Mexico from the United States on January 12, 1998. Record checks also revealed that LOPEZ has a criminal record.

LOPEZ was advised of his Miranda Rights by BPA Salazar. LOPEZ stated he is citizen of Mexico. LOPEZ stated he crossed a canal to enter the United States illegally. LOPEZ stated he intended to go to Sacramento, California, to live with his family indefinitely.

There is no evidence LOPEZ has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.