FILED
'08 AUG 27 PM 3:29
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. <u>08CR2580W</u> |
| Plaintiff, ) | I N D I C T M E N T |
| ) | (Superseding) |
| v. ) | |
| ) | Title 8, U.S.C., Secs. 1326(a) |
| RUBEN LOPEZ-SOLORIO, ) | and (b) - Attempted Entry After |
| ) | Deportation |
| Defendant. ) | |

The grand jury charges:

On or about July 9, 2008, within the Southern District of California, defendant RUBEN LOPEZ-SOLORIO, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that

//

//

LC:fer:Imperial
8/26/08

1 | was a substantial step toward committing the offense, all in violation
2 | of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant RUBEN LOPEZ-SOLORIO was removed from the United States subsequent to October 17, 1991.

DATED: August 27, 2008.

A TRUE BILL:

_(signature)_
Foreperson

KAREN P. HEWITT
United States Attorney

By: _(signature)_
LUELLA CALDITO
Assistant U.S. Attorney